PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Danielle Wolf    Cr.: 16-00283-001
                                    PACTS #: 61672

Name of Sentencing Judicial Officer:    THE HONORABLE FREDERIC BLOCK
                                        SENIOR UNITED STATES DISTRCT JUDGE
                                        EASTERN DISTRICT OF NEW YORK

Name of Assigned Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                      UNITED STATES DISTRICT JUDGE
                                      Transfer of Jurisdiction effective 06/24/2016

Date of Original Sentence: 06/25/2014    Date of Violation Sentencing: 11/28/2016

Original Offense: ILLEGAL POSSESSION OF OXYCODONE; 21 U.S.C. 844(a), Class A Misdemeanor

Original Sentence: 3 years probation    Violation Sentence: Time Served; 10 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing; Drug Treatment; Abstain from Prescription Medications; Mental Health Treatment

Type of Supervision: Supervised Release    Date Supervision Commenced: 11/28/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 10, 2017, the offender tested positive for morphine and oxycodone. On August 2, 2017, the offender tested positive for methamphetamine. |

U.S. Probation Officer Action:
P.O. confirmed that the offender is actively engaged in treatment at Ocean Monmouth Care in Brick Town, New Jersey. She is in the process of decreasing her methadone dose and the goal is to continue reducing the dose until she has detoxed completely from the methadone.

Respectfully submitted,

By: *Donna Weber Shaw*    Donna Weber Shaw
                          2017.09.14 16:45:20
                          -04'00'

Date: 09/14/2017

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

☐ No Formal Court Action to be Taken at This Time
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

September 22, 2017
Date